IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KERRY S. CREAMER,

        Petitioner,

v.                                                              4:12cv133-WS/CAS

DEPARTMENT OF CORRECTIONS,

        Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation docketed April 3, 2012.  See Doc. 5.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed.  The petitioner has filed no objections to the report and recommendation.

      This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 5) is hereby ADOPTED and incorporated by reference into this order.

      2.  The petitioner's petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE for failure to exhaust.

3.  The clerk shall enter judgment stating: "The petition for writ of habeas corpus is dismissed without prejudice."

4.  A certificate of appealability is DENIED.

DONE AND ORDERED this   7th   day of    May   , 2012.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE